## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL NURSES UNITED,       )
                                                        )

                **Plaintiff,**                 )
                                                        )

                    v.                    )       Civil Case No. 12-2032 (RJL)
                                                        )

WASHINGTON HOSPITAL CENTER       )
CORPORATION,                                )
                                                        )

               **Defendant.**                )

## ORDER
(July 9, 2013) (Dkts. ##7, 10)

For the reasons set forth in the Memorandum Opinion entered this _____ day of

July 2013, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. #7] is

**GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. #10] is

**DENIED**; and it is further

1

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.


**SO ORDERED.**



_____
RICHARD J. LEON
United States District Judge
